UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

HARRY A. BIGLER  
DAWN M. BIGLER,

          Debtors.

_____/ /

Case No.: BG 14-06524  
Chapter 13  
Hon. James W. Boyd  
Filed: October 9, 2014

### ORDER CONFIRMING DEBTORS' CHAPTER 13 PLAN AND AWARDING ATTORNEY'S FEES

At a session of said Court held in the City of Grand Rapids, County of Kent, State of Michigan:

PRESENT:    HONORABLE JAMES W. BOYD  
                     BANKRUPTCY JUDGE

On January 21, 2015, the Court held a hearing in Grand Rapids, Michigan, to consider confirmation of a Chapter 13 Plan. At the hearing, the Chapter 13 Trustee, through counsel, recommended confirmation of the Debtors' Chapter 13 Plan based upon incorporation of the terms set forth in the Stipulation between Debtors and Secured Creditor AmeriCredit Financial Services regarding the treatment of that creditor's secured claim.

Having duly considered the Trustee's recommendation and the Plan itself, the Court hereby finds that the Plan complies with the requirements for confirmation pursuant to 11 U.S.C. Section 1325(a) and further complies with other applicable provisions of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that the Debtors' Chapter 13 Plan as last amended, if at all, is **CONFIRMED**.

**IT IS FURTHER ORDERED** that the value of the 2008 Ford Focus for purposes of payment under Debtors' Chapter 13 Plan, and for purposes of payment of the secured claim of AmeriCredit Financial Services, Inc., d/b/a GM Financial, is $5,000.00. The secured claim shall be paid at 6.5% interest.

**IT IS FURTHER ORDERED** that Debtors' attorney, Jeremy Shephard, is awarded Fees of $3,200.00.

**IT IS FURTHER ORDERED** that the Trustee shall be paid through the Plan the percentage fee for payment of his/her costs, expenses and compensation as may be provided from time to time by the U.S. Trustee.

**IT IS FURTHER ORDERED** that Creditors whose claims are timely filed and allowed shall be paid in such amounts and order of preference as may be provided by the Plan or as may be required to provide adequate protection to any secured creditor(s).

**IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Order by first-class United States mail upon: Debtors, Jeremy Shephard, Chapter 13 Trustee, and the Office of the United States Trustee.

### END OF ORDER

**IT IS SO ORDERED.**

**Dated January 23, 2015**



James W. Boyd
United States Bankruptcy Judge